IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA | |
|---|---|
| Plaintiff, | 4:12CR3056 |
| vs. | |
| KENNAN RASHON MALLORY, TIFFANY LYNN LAFOND, | MEMORANDUM AND ORDER |
| Defendants. | |

Defendant Tiffany Lynn Lafond has moved to continue the pretrial motion deadline, (filing no. 25), because defense counsel needs additional time to fully review the discovery received before deciding if pretrial motions should be filed. Based on the showing set forth in the motion, the court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) Defendant Tiffany Lynn Lafond's motion to continue, (filing no. 25), is granted.

2) **As to both defendants**, pretrial motions and briefs shall be filed on or before July 16, 2012.

3) Trial of this case remains scheduled to commence on July 31, 2012.

4) The ends of justice served by granting the motion to continue outweigh the interests of the public and the defendants in a speedy trial. Accordingly, **as to both defendants**, the additional time arising as a result of the granting of the motion, the time between today's date and July 16, 2012, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because despite counsel's due diligence, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(1), (h)(6) & (h)(7).

June 27, 2012

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge