IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:12-CR-3056-2 |
| vs. | ORDER |
| TIFFANY LYNN LAFOND, | |
| Defendant. | |

IT IS ORDERED:

1. The government's request for hearing (filing 102) is granted.

2. The hearing on the government's motion for reduction of sentence pursuant to Rule 35(b) (filing 102) has been scheduled before the undersigned United States District Judge on January 7, 2014, at 12:00 p.m., in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

3. At the request of the defendant through her counsel, the defendant will participate in the hearing by telephone.

4. **Defense counsel shall make the telephone arrangements with the Bureau of Prisons. Defense counsel shall then provide the undersigned's chambers with the contact information (including name and telephone number) of the Bureau of Prison's official the courtroom deputy should call the day and time of the hearing.**

5. The Marshal is directed not to return the defendant to the district.

6. The defendant is held to have waived her right to be present.

7. Counsel for the defendant, if previously appointed pursuant to the Criminal Justice Act, is reappointed to represent the defendant for purposes of the Rule 35(b) motion. If retained,

1

counsel for the defendant remains as counsel for the defendant until the Rule 35(b) motion is resolved or until given leave to withdraw.

8. The Federal Public Defender shall provide CJA counsel with a new voucher.

9. The Clerk of the Court shall provide a copy of this order to counsel for the government and counsel for the defendant. The undersigned's judicial assistant will provide a copy to the Federal Public Defender.

Dated this 10th day of December, 2013.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
United States District Judge